FILED
JUN -8 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER MICHAEL GONZALES-AGUILERA,** | Civil Case No. 09-1174-SU |
| Petitioner, | O R D E R |
| v. | |
| **BRIAN BELLEQUE,** | |
| Respondent. | |

    Christopher Michael Gonzalez-Aguilera
    #7241626
    Oregon State Penitentiary
    2605 State Street
    Salem, Oregon 97310-1346

       Pro Se Petitioner

Page 1 - ORDER

Jonathan W. Diehl
Lynn David Larsen
State of Oregon Department of Justice
Criminal & Collateral Remedies
1162 Court Street, NE
Salem, OR 97301-4096

        Attorneys for Respondent

KING, Judge:

The Honorable Patricia Sullivan, United States Magistrate Judge, filed Findings and Recommendation on May 13, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Sullivan's Findings and Recommendation (#11) dated May 13, 2010 in its entirety.

IT IS HEREBY ORDERED that Respondent's Motion to Dismiss Without Prejudice (#9) is granted. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 USC § 2553(c)(2).

DATED this 7th day of June, 2010.

                              GARR M. KING
                              United States District Judge